FILED

08/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0212

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 23-0212

| | |
|---|---|
| In re the Parenting of:<br><br>M.B., a minor child<br><br>UMBERTO FERRI,<br><br>Petitioner/ Appellee,<br>and<br><br>ANNELIESE N. BROWN,<br><br>Respondent/Appellant. | **ORDER** |

THE COURT, having received and considered Appellee's Unopposed Motion for Extension of Time to File Response Brief, and good cause appearing: Appellee's Response is now due September 11, 2023.

DATED and electronically signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 7 2023